IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA


FILED
DEC 1 9 2000
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

1. JONATHON MCDONALD, individually and )
2. JEFF MCDONALD and )
KELLY MCDONALD, husband and wife, )
                   Plaintiffs, )
                    )
vs. ) Case No. CIV-99-954-L
                    )
1. AEROTRIM USA, INC. and )
2. THE KIRKPATRICK SPACE AND )
AIR MUSEUM AT OMNIPLEX, )
                    )
                 Defendants. )

DOCKETED

## ORDER APPOINTING GUARDIANS AD LITEM

This matter comes on for hearing on this __19__ day of December, 2000, pursuant to the application of Plaintiffs, Jeff McDonald and Kelly McDonald to be appointed Guardians Ad Litem for Plaintiff, Jonathon McDonald. The Court finds, for good cause shown, Jeff McDonald and Kelly McDonald, should be appointed Guardians Ad Litem for Plaintiff, Jonathon McDonald for purposes of this litigation.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED the Jeff McDonald and Kelly McDonald, be appointed Guardians Ad Litem of Plaintiff, Jonathon McDonald.

_Jim Leonard_
UNITED STATES DISTRICT JUDGE

50