IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**
DEC 1 9 2000
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY_____ DEPUTY

1. JONATHON MCDONALD, individually and )
2. JEFF MCDONALD and )
KELLY MCDONALD, husband and wife, )
                        Plaintiffs, )
                                 )
vs.                                    )   Case No.  CIV-99-954-L
                                 )
1. AEROTRIM USA, INC. and )
2. THE KIRKPATRICK SPACE AND )
AIR MUSEUM AT OMNIPLEX, )
                                 )
                       Defendants. )

**DOCKETED**

## ORDER OF DISMISSAL

    The above matter comes on to be heard this 19 day of December, 2000, upon the written stipulation of the parties for a dismissal of said action with prejudice. The Court, having examined said stipulation, finds that the parties have entered into a compromise settlement covering all claims involved in the action, and the Court, being fully advised of the premises, finds that the terms of the settlement are fair to all involved and approves the terms of said settlement. The Court further finds that the action should be dismissed pursuant to said stipulation.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Plaintiffs' cause of action filed herein against the Defendants be, and the same is hereby, dismissed with prejudice to any future action. The Court further orders, that any remaining cash settlement proceeds, after the payment of attorney fees and costs shall deposited in a guardianship account for the benefit of Jonathon McDonald at Cedar Point Federal Credit Union Bank, Lexington Park, Maryland. The Clerk of the Court is ordered to seal Stipulation for Dismissal filed herein.

_/s/ Tim Leonard_
UNITED STATES DISTRICT JUDGE